```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

JAMIE TROQUILLE                                    CIVIL ACTION

VERSUS                                             NO. 07-3934

SGT. CHARLES GRIFFITH, ET AL.                      SECTION "B"(1)

## ORDER AND REASONS

Considering the Magistrate Judge's Report and Recommendation, plaintiff's objections/answer to same, the record and applicable law, **IT IS ORDERED** that:

1) Plaintiff's objections to the report and recommendation are overruled;

2) The Magistrate Judge's Report and Recommendation are approved and adopted as the opinion of the court in this matter.

The Prison Litigation Reform Act of 1995 requires exhaustion of the instant claims through available administrative remedies before the filing of this section 1983 complaint. Wendell v. Asher 162 F.3d 887, 890 (5th Cir. 1998). Exhaustion that occurs while the court action is pending would still lead to dismissal. Wendell, supra.

Plaintiff's objections on inadequacy of administrative remedies and threats for pursuing relief would not alter the result here. Irrespective of the forms of relief sought or offered in the

administrative process, exhaustion is mandated.  <u>Booth v. Churner</u>, 532 U.S.731, 741 n.6 (2001).  Further, and assuming as true plaintiff's allegation relative to threats, plaintiff has <u>not</u> been prevented from seeking administrative remedies or court actions.  According to a panel of the Fifth Circuit, mere verbal threats do not amount to a constitutional violation.  <u>Robertson v. Plano City of Texas</u>, 70 F.3d 21, 24 (5th Cir. 1995).

    New Orleans, Louisiana, this 24th day of September, 2007.

                                              UNITED STATES DISTRICT JUDGE